472 A.2d 241

In the Interest of Lamp.

Argued September 27, 1983. Carmela R.M. Presogna, Assistant Public Defender, for appellant; William A. Dopierala, for participating party.

Before BROSKY, McEWEN and BECK, JJ.

The orders of the lower court are affirmed.